UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Indrias Seid,

      Plaintiff,

      v.

Commissioner John O'Grady,

      Defendant.

Case No. 2:24-cv-1480

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Magistrate Judge Deavers issued a Report and Recommendation ("R&R") in which she recommended that Plaintiff's request to proceed in forma pauperis be denied. ECF No. 5. The R&R notified the parties of their right to object to the recommendations therein and that failure to timely object would amount to a forfeiture of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 3.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Plaintiff's motion for leave to proceed in forma pauperis is denied. Plaintiff is **ORDERED** to pay the filing fee **WITHIN FOURTEEN DAYS**. Plaintiff is **CAUTIONED** that failure to timely pay the filing fee will result in the Court dismissing the case for failure to prosecute without further warning.

The Clerk shall terminate ECF Nos. 4 and 5.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT